**MONTEZ et al. v. LANGE.**

No. 10736.

Court of Civil Appeals of Texas.
San Antonio.

Sept. 9, 1939.

Tabor Stone and Whipple & Rabel, all of San Antonio, for plaintiffs in error.

Andrew Dilworth and William H. Shireman, both of San Antonio, for defendant in error.

SMITH, Chief Justice.

In this case the parties have joined in a motion to affirm as a result of a settlement of the matters in controversy. Accordingly, the motion will be granted and the judgment affirmed, at the cost of plaintiffs in error, as further stipulated by the parties.

Affirmed.